IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>       vs.  )<br>  )<br> ELBERT CARRAWAY,  )<br>   aka "Wayne"  )<br>  )<br>  )<br>  )<br>             Defendant.  ) | CRIMINAL NO. 21-30035-SPM |

## **STIPULATION OF FACTS**

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with the defendant,

1. As charged in Count 1 of the Indictment, on or about October 12, 2018, Defendant Carraway knowingly and intentionally distributed a mixture or substance containing cocaine to a confidential informant working at the direction of Drug Enforcement Administration (DEA) agents. This distribution took place in East St. Louis, Illinois.

2. At the time of this transaction, Defendant Carraway knew that the cocaine was a controlled substance.

3. The Defendant agrees that the acts alleged in Counts 1 of the Indictment occurred within the Southern District of Illinois.

4. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept Defendant Carraway's guilty plea and is not necessarily an exhaustive account of the Defendant Carraway's criminal activity.

## SO STIPULATED:

_____
ELBERT CARRAWAY
Defendant

STEVEN D. WEINHOEFT
United States Attorney

_____
DANIEL T. KAPSAK
Assistant United States Attorney

_____
MARC M. JOHNSON
Attorney for Defendant

Date: 12/14/21

Date: 12/14/21